UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————————x

HEIDI MCCLURE,                          :
                                        :
                Plaintiff,              :       **ORDER**
                                        :
        -against-                       :
                                        :
JUDGE JACQUELINE WILLAMS, ET AL.,       :       23-CV-2415 (RPK) (CHK)
                                        :
                Defendants.             :
——————————————————————————x

**CLAY H. KAMINSKY, United States Magistrate Judge:**

Respondents CityMD Bergen Beach Urgent Care and Century Medical and Dental Center are each directed to produce the requested documents to Defendants' counsel no later than **June 5, 2026**. Any respondent who fails to comply with this order must appear personally or through counsel at a status conference to be held on **June 17, 2026 at 11:30 a.m.** at 225 Cadman Plaza East, Courtroom 504 North. Counsel for Defendants is directed to serve a copy of this Order on respondents and file a certificate or service on the docket by **May 27, 2026**.

                                        SO ORDERED.

                                        /s/ Clay H. Kaminsky
                                        ————————————————
                                        CLAY H. KAMINSKY
                                        United States Magistrate Judge

Dated:   May 20, 2026
         Brooklyn, New York